IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI (St. Louis)

| | | |
|---|---|---|
| In Re: | ) | HONORABLE Brian C. Walsh |
| | ) | |
| Demarko Antoine McCullough, Sr. | ) | Case No. 26-40830 |
| Myeishia Denice Young | ) | Chapter 7 |
| Debtors, | ) | |
| | ) | **Motion to Lift Stay AND** |
| Consumer Portfolio Services | ) | **Notice of Hearing** |
| | ) | |
| Movant, | ) | |
| | ) | Hearing Date: June 3, 2026 |
| v. | ) | Hearing Time: 10:00 a.m. |
| | ) | Objection Deadline: May 27, 2026 |
| Demarko McCullough | ) | |
| Myeishia Young | ) | |
| Respondents | ) | LEWIS RICE LLC |
| | ) | Michael P. Gaughan |
| and | ) | Attorneys for Consumer Portfolio Services |
| | ) | 12701 West 87th Street, Ste. 200 |
| Tracy A. Brown | ) | Lenexa, Kansas 66215 |
| Trustee. | ) | (913) 648-6333 |
| | ) | mgaughan@lewisricekc.com |

**MOVANT WAIVES 30 DAY HEARING**

## NOTICE OF HEARING
## AND MOTION FOR RELIEF FROM AUTOMATIC STAY

**WARNING: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY MAY 27, 2026.**

**YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

**The hearing is to be held on the date and time above before The Honorable Brian C. Walsh, in the United States Bankruptcy Court, Eastern District of Missouri, Thomas F. Eagleton Building 111 S. Tenth St., St. Louis, MO 63102, 5th Floor, North Courtroom.**

COMES NOW Consumer Portfolio Services ("Movant"), by and through its attorneys, LEWIS RICE LLC, and for its Motion for Relief from the Automatic Stay, respectfully states as follows:

I.

Movant is a secured creditor of Respondents in the above-captioned cause.

II.

On or about December 2, 2023, and prior to the filing of Debtors' petition in bankruptcy, Respondents, Demarko McCullough and Myeishia Young, executed and delivered a Retail Installment Sale Contract - Simple Finance Charge payable to the order of Movant.

III.

As security for Respondents' obligation on the Contract, Respondents granted to Movant a security interest in the following property of Respondents: a 2018 Jaguar E-Pace; VIN SADFJ2FX3J1Z32555, said Contract is attached hereto as Exhibit "A." A copy of the Notice of Lien to said motor vehicle is attached hereto as Exhibit "B."

IV.

Respondents have defaulted on the obligation to Movant in that Respondents failed to make the payments required under the terms of the Contract. Respondents owe Movant the sum of $18,692.44, plus interest and attorneys' fees. The Respondents have defaulted in making the contractual payments due the Movant and the current delinquent amount due is $6,747.75, representing default for twelve (12) months.

V.

Movant will be inadequately protected in the event that the automatic stay is not lifted. Respondents are unable to make the payments called for in the Contract during the pendency of this bankruptcy. The value of the collateral is declining during the pendency of this bankruptcy. Respondents have no equity in the collateral. The current amount owed to Movant is approximately $18,692.44, and the current JD Power valuation of the collateral is approximately $11,600.00. A copy of the JD Power Official Used Car Guide for this particular vehicle is attached hereto as Exhibit "C." Additionally, the unit has been impounded.

VI.

The continuation of the automatic stay will work real and irreparable harm to Movant and will deprive Movant of adequate protection to which it is entitled under 11 U.S.C. §362 and §363 for the reasons mentioned above. The vehicle has been impounded and Movant is incurring costs and expenses as a result.

VII.

The continuation of the automatic stay could result in an unlawful taking of Movant's property.

WHEREFORE, Movant prays for a judgment immediately terminating the automatic stay not subject to the STAY OF ORDER of Rule 4001 of the Federal Rules of Bankruptcy Procedure to permit Movant to exercise any of its rights on the following property: a 2018 Jaguar E-Pace; VIN SADFJ2FX3J1Z32555.

LEWIS RICE LLC

/s/Michael P. Gaughan

Michael P. Gaughan, No. 31121MO
12701 West 87th Street, Ste. 200
Lenexa, Kansas 66215
(913) 648-6333
Fax: (913) 642-8742
mgaughan@lewisricekc.com
ATTORNEYS FOR MOVANT

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) System (counsel and Trustee) and conventionally, via first-class mail, postage prepaid, to the Debtor at the following address on May 1, 2026.

The Office of the United States Trustee
111 South Tenth Street, Suite 6353
St. Louis, MO 63102
U.S. Trustee

Michael Dominic Toscano
10880 Baur Boulevard
St. Louis, MO 63132
Attorney for Debtors

Demarko Antoine McCullough, Sr.
Myeishia Young
125 Quail Run Cr
Moscow Mills, MO 63362
Debtors

Tracy A. Brown
1034 South Brentwood Blvd, Ste 1850
St. Louis, MO 63117
Trustee

/s/Michael P. Gaughan
Attorney for Movant

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 26-40830 |
| Demarko Antoine McCullough, Sr. | ) | Chapter 7 Proceeding |
| Myeishia Denice Young | ) | |
| Debtors. | ) | |

**EXHIBIT SUMMARY**

Pursuant to L.B.R. 9040-1, the following exhibits are referenced in support of Consumer Portfolio Services's Motion for Relief from Automatic Stay. Copies of these exhibits will be provided as required by Local Rules:

1. Retail Installment Sale Contract - Simple Finance Charge

2. Notice of Lien; and

3. JD Power

LEWIS RICE LLC

/s/Michael P. Gaughan
Michael P. Gaughan, No. 31121MO
12701 West 87th Street, Ste. 200
Lenexa, Kansas 66215(913) 648-6333
Fax: (913) 642-8742
mgaughan@lewisricekc.com
ATTORNEYS FOR MOVANT