**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**
Demarko Antoine McCullough Sr.
Myeishia Denice Young
**Debtor(s)**

**Case No.: 26−40830 − B357**
**Chapter: 7**

# Statement of Presumption of Abuse

As required by 11 U.S.C. § 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. § 707(b)(2), and pursuant to 11 U.S.C. § 704(b)(2), The United States Trustee has determined that: (1) the product of debtor's current monthly income, multiplied by 12, is not less than the requirements specified in 11 U.S.C. § 704(b)(2)(A) or (B); and (2) the debtor's(s') case should be presumed to be an abuse under 11 U.S.C. § 707(b). As required by 11 U.S.C. § 704(b)(2) the United Trustee will, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under 11 U.S.C. § 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. § 707(b)(2)(B).

Jerry L. Jensen
United States Trustee

/s/ Paul A. Randolph
Paul A. Randolph
Assistant United States Trustee
Office of United States Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102
(314) 539−2976; Fax (314) 529−2990
Email Address: paul.a.randolph@usdoj.gov

**Dated:** 5/27/26
**St. Louis, Missouri**
**Rev.** 08/24 stprabs