**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DEMARKO ANTOINE MCCULLOUGH | ) | Case No. 26-40830-357 |
| and MYEISHIA DENICE YOUNG, | ) | Chapter 7 |
| | ) | |
| Debtors, | ) | Hon. Brian C. Walsh |
| | ) | U.S. Bankruptcy Judge |
| UNITED STATES TRUSTEE, | ) | |
| | ) | United States Bankruptcy Court |
| Movant, | ) | Eagleton United States Courthouse |
| | ) | 111 S. Tenth Street |
| v. | ) | Courtroom 5 North |
| | ) | St. Louis, MO 63102 |
| DEMARKO ANTOINE MCCULLOUGH | ) | |
| and MYEISHIA DENICE YOUNG, | ) | Hearing Date: July 22, 2026 |
| | ) | Hearing Time: 10:00 a.m. |
| Respondents. | ) | |

**NOTICE OF UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE**
**FOR ABUSE PURSUANT TO 11 U.S.C. §§ 707(b)(1), (b)(2), AND/OR (b)(3)**

**WARNING: THIS MOTION TO DISMISS CASE SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY JULY 15, 2026. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

PLEASE TAKE NOTICE that the United States Trustee has filed a MOTION TO DISMISS CASE. A copy of the pleading may be obtained from the undersigned at the Office of U. S. Trustee, 111 S. 10th Street, Suite 6.353, St. Louis, Missouri 63102, or from the Clerk of the U.S. Bankruptcy Court, 111 S. 10th Street, 4th floor, St. Louis, MO 63102.

PLEASE TAKE FURTHER NOTICE that the hearing to consider the United States Trustee's Motion to Dismiss will be held before the Honorable Brian C. Walsh, U.S. Bankruptcy

Judge, on **July 22, 2026, at 10:00 a.m.** in the United States Bankruptcy Court, Eagleton United States Courthouse, 111 S. 10th Street, Courtroom 5 North, St. Louis, MO 63102. Only parties opposing the Motion are required to appear. Any response or objection to the Motion must be copied to the U.S. Trustee attorney identified herein at the address below and appropriately filed with the U.S. Bankruptcy Court at the address in accordance with its procedures no later than **seven (7) days** prior to the hearing, July 15, 2026. Please refer to the **BOLD** type paragraph above.

Respectfully submitted,

JERRY L. JENSEN
Acting United States Trustee

PAUL A. RANDOLPH
Assistant United States Trustee

/s/ Joseph Schlotzhauer
Joseph Schlotzhauer, E.D. Mo #62138
Trial Attorney
Office of U. S. Trustee
111 South 10th Street, Suite 6.353
St. Louis, MO 63102
(202) 280-9375
joseph.schlotzhauer@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on June 22, 2026, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court and has been served by the Bankruptcy Noticing Center to all parties on the attached Court's Master Mailing List on June 22, 2026.

/s/ Tavia Shreefer
Tavia Shreefer, Paralegal Specialist

Label Matrix for local noticing
0865-4
Case 26-40830
Eastern District of Missouri
St. Louis
Thu Jun 18 15:04:16 CDT 2026

AAA Missouri
12901 N Forty Dr
Saint Louis, MO 63141-8699

Affirm
30 Isabella St, Floor 4
Pittsburgh, PA 15212-5862

Afterpay
222 Kearny St #600
San Francisco, CA 94108-4509

Ameren Missouri
PO Box 790098
Saint Louis, MO 63179-0098

(p)ASPEN DENTAL
PO BOX 1578
ALBANY NY 12201-1578

Asurion
PO Box 1818
Sterling, VA 20167-1818

Tracy A. Brown
Tracy A. Brown Chapter 7 Trustee
1034 South Brentwood Blvd
Suite 1850
St Louis, MO 63117-1284

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Consumer Adjustment Co
12855 Tesson Ferry Rd
Saint Louis, MO 63128-2912

Consumer Portfolio Services C/O MICHAEL P GA
12701 W. 87th Street Parkway
Suite 200
Lenexa, KS 66215-4527

Consumer Portfolio Svc
19500 Jamboree Rd
Irvine, CA 92612-2437

Credence Resource Mana
4222 Trinity Mills Rd
Ste 260
Dallas, TX 75287-7666

Credit Acceptance Corp
PO Box 5070
Southfield, MI 48086-5070

Credit Collection Serv
PO Box 607
Norwood, MA 02062-0607

Credit Control Service
PO Box 607
Norwood, MA 02062-0607

Credit One Bank NA
PO Box 98872
Las Vegas, NV 89193-8872

Dept of Education/Neln
PO Box 82561
Lincoln, NE 68501-2561

DirecTV
PO Box 5007
Carol Stream, IL 60197-5007

Enterprise Rental Car
600 Corporate Park Dr.
Saint Louis, MO 63105-4211

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Four Technologies Inc
2807 Buscayne Blvd Ste 102
Miami, FL 33137

Michael P Gaughan
Lewis Rice LLC
12701 W 87th St
Ste 200
Lenexa, KS 66215-4527

Geico Insurnace
One Geico Plaza
Bethesda, MD 20811-0002

(p)GLOBAL LENDING SERVICES LLC
1200 BROOKFIELD BLVD STE 300
GREENVILLE SC 29607-6583

Hertz Car Rental
Attn Bankruptcy Deptartment
8501 Williams Road Estero
Estero, FL 33928-3325

Internal Revenue Service
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101-7346

Jeffersncp
200 14th Ave E
Sartell, MN 56377-4500

Jefferson Capital Systems LLC
c/o Blitt and Gaines PC
707 N 2nd St, Ste 306
Saint Louis, MO 63102-2535

(p)KLARNA INC
ATTN BANKRUPTCY
PO BOX 8116
COLUMBUS OH 43201-0116

Lincoln County Ambulance District
PO Box 38
Troy, MO 63379-0038

Demarko Antoine McCullough Sr.
125 Quail Run Cr
Moscow Mills, MO 63362-2153

Mercy
PO Box 505557
Saint Louis, MO 63150-5556

Missouri Department of Labor
Employment Security Division
421 East Dunklin PO Box 59
Jefferson City, MO 65102-0059

Missouri Department of Revenue
PO Box 475
Bankruptcy Section
Jefferson City, MO 65105-0475

Navy Federal Cr Union
PO Box 3700
Merrifield, VA 22119-3700

Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102-1127

Paypal
PO Box 965005
Orlando, FL 32896-5005

Progressive Leasing
256 West Data Dr.
Draper, UT 84020-2315

(p)SSM HEALTH
12800 CORPORATE HILL DR
SAINT LOUIS MO 63131-1834

Joseph Richard Schlotzhauer
United States Trustee Program
111 South 10th Street
Suite 6.353
St. Louis, MO 63102-1127

(p)SELF INC
PO BOX 11
SOUTHLAKE TX 76092-0011

(p)SEZZLE INC
BANKRUPTCY DEPARTMENT
700 NICOLLET MALL
STE 640
MINNEAPOLIS MN 55402-2050

(p)SHELTER INSURANCE COMPANY
1817 W BROADWAY
COLUMBIA MO 65218-0001

(p)SPRING OAKS CAPITAL LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

Synchrony Bank/Amazon
PO Box 960013
Orlando, FL 32896-0013

(p)JEFFERSON CAPITAL SYSTEM LLC
MAILROOM
200 14TH AVE E
SARTELL MN 56377-4500

Tek-Collect Inc
PO Box 1269
Columbus, OH 43216-1269

The District
633 N McKnight Rd
Saint Louis, MO 63132-4910

Michael Dominic Toscano
Toscano & Wilson Law LLC
10880 Baur Boulevard
St. Louis, MO 63132-1632

Vios
31035 Schoolcraft Rd
Livonia, MI 48150-2029

Wc / Koalafi
4951 Lake Brook Dr
Glen Allen, VA 23060-9279

Myeishia Denice Young
125 Quail Run Cr
Moscow Mills, MO 63362-2153

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Aspen Dental
3115 North Highway 67
Florissant, MO 63033

Global Lending Service
1200 Brookfield Blvd
Ste 300
Greenville, SC 29607-6583

Klarna Inc
629 N High St, 3rd Floor
Columbus, OH 43215

SSM Health Medical Group
PO Box 955978
Saint Louis, MO 63195

Self Financial/Lead Ba
PO Box 11
Southlake, TX 76092-0011

Sezzle Inc
251 1st Ave N
Minneapolis, MN 55401-1644

Shelter Insurance
1817 W Broadway
Columbia, MO 65218

Spring Oaks Capital Ll
PO Box 1216
Chesapeake, VA 23327-1216

T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 52 |
| Bypassed recipients | 0 |
| Total | 52 |

United States Bankruptcy Court
Eastern District of Missouri

In re: Demarko Antoine McCullough, Sr.
Myeishia Denice Young
Debtors

Case No. 26-40830-bcw
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0865-4 User: admin Page 1 of 3
Date Rcvd: Jun 22, 2026 Form ID: pdfo3 Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Demarko Antoine McCullough, Sr., Myeishia Denice Young, 125 Quail Run Cr, Moscow Mills, MO 63362-2153 |
| cr | + | Consumer Portfolio Services C/O MICHAEL P GAUGHAN, 12701 W. 87th Street Parkway, Suite 200, Lenexa, KS 66215-4527 |
| 25916369 | + | Asurion, PO Box 1818, Sterling, VA 20167-1818 |
| 25916382 | + | Four Technologies Inc, 2807 Buscayne Blvd Ste 102, Miami, FL 33137 |
| 25916385 | + | Hertz Car Rental, Attn Bankruptcy Deptartment, 8501 Williams Road Estero, Estero, FL 33928-3325 |
| 25916390 | + | Lincoln County Ambulance District, PO Box 38, Troy, MO 63379-0038 |
| 25916392 | + | Missouri Department of Labor, Employment Security Division, 421 East Dunklin PO Box 59, Jefferson City, MO 65102-0059 |
| 25916405 | + | The District, 633 N McKnight Rd, Saint Louis, MO 63132-4910 |
| 25916406 | + | Vios, 31035 Schoolcraft Rd, Livonia, MI 48150-2029 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25916364 | + | Email/Text: aaaagenthd.acmo@aaamissouri.com | Jun 23 2026 02:05:00 | AAA Missouri, 12901 N Forty Dr., Saint Louis, MO 63141-8699 |
| 25916368 | | Email/Text: bankruptcynotice@aspendental.com | Jun 23 2026 02:04:00 | Aspen Dental, 3115 North Highway 67, Florissant, MO 63033 |
| 25916365 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 23 2026 02:09:51 | Affirm, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 25916366 | ^ | MEBN | Jun 23 2026 01:57:49 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 25916367 | + | Email/Text: uebankruptcy@ameren.com | Jun 23 2026 02:05:00 | Ameren Missouri, PO Box 790098, Saint Louis, MO 63179-0098 |
| 25916370 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2026 02:09:58 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 25916371 | + | Email/Text: EDI@CACIONLINE.NET | Jun 23 2026 02:05:00 | Consumer Adjustment Co, 12855 Tesson Ferry Rd, Saint Louis, MO 63128-2912 |
| 25916372 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 23 2026 02:05:00 | Consumer Portfolio Svc, 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 25916373 | | Email/Text: bankruptcy@credencerm.com | Jun 23 2026 02:05:00 | Credence Resource Mana, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 25916374 | | Email/Text: ebnnotifications@creditacceptance.com | Jun 23 2026 02:04:00 | Credit Acceptance Corp, PO Box 5070, Southfield, MI 48086-5070 |
| 25916375 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 23 2026 02:05:00 | Credit Collection Serv, PO Box 607, Norwood, MA 02062-0607 |
| 25916376 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 23 2026 02:05:00 | Credit Control Service, PO Box 607, Norwood, MA 02062-0607 |

| | | | | |
|---|---|---|---|---|
| 25916377 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 23 2026 02:09:51 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 25916378 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 23 2026 02:05:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 25916379 | + | Email/PDF: ais.dtv.ebn@aisinfo.com | Jun 23 2026 02:10:10 | DirecTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 25916380 | + | Email/Text: bankruptcynotifications@ehi.com | Jun 23 2026 02:04:00 | Enterprise Rental Car, 600 Corporate Park Dr., Saint Louis, MO 63105-4211 |
| 25916381 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 23 2026 02:10:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 25916384 | | Email/Text: bankruptcy@glsllc.com | Jun 23 2026 02:04:00 | Global Lending Service, 1200 Brookfield Blvd, Ste 300, Greenville, SC 29607-6583 |
| 25916383 | + | Email/Text: argbsref@geico.com | Jun 23 2026 02:04:00 | Geico Insurnace, One Geico Plaza, Bethesda, MD 20811-0002 |
| 25916386 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2026 02:04:00 | Internal Revenue Service, PO Box 7346, Insolvency Unit, Philadelphia, PA 19101-7346 |
| 25916403 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Jun 23 2026 02:05:00 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 25916387 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 23 2026 02:05:00 | Jeffersncp, 200 14th Ave E, Sartell, MN 56377-4500 |
| 25916388 | + | Email/Text: bk@blittandgaines.com | Jun 23 2026 02:04:00 | Jefferson Capital Systems LLC, c/o Blitt and Gaines PC, 707 N 2nd St, Ste 306, Saint Louis, MO 63102-2535 |
| 25916389 | | Email/Text: customerservice.us@klarna.com | Jun 23 2026 02:04:00 | Klarna Inc, 629 N High St, 3rd Floor, Columbus, OH 43215 |
| 25916391 | + | Email/Text: MercyVBOBankruptcy@Mercy.Net | Jun 23 2026 02:04:00 | Mercy, PO Box 505557, Saint Louis, MO 63150-5556 |
| 25916393 | + | Email/Text: ecfnotices@dor.mo.gov | Jun 23 2026 02:04:00 | Missouri Department of Revenue, PO Box 475, Bankruptcy Section, Jefferson City, MO 65105-0475 |
| 25916394 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 23 2026 02:05:00 | Navy Federal Cr Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 25916395 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 02:10:08 | Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 25916396 | + | Email/Text: ecfbankruptcy@progleasing.com | Jun 23 2026 02:05:00 | Progressive Leasing, 256 West Data Dr., Draper, UT 84020-2315 |
| 25916397 | | Email/Text: bankruptcy@self.inc | Jun 23 2026 02:04:00 | Self Financial/Lead Ba, PO Box 11, Southlake, TX 76092-0011 |
| 25916398 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jun 23 2026 02:04:00 | Sezzle Inc, 251 1st Ave N, Minneapolis, MN 55401-1644 |
| 25916399 | | Email/Text: lwesthoelter@shelterinsurance.com | Jun 23 2026 02:04:00 | Shelter Insurance, 1817 W Broadway, Columbia, MO 65218 |
| 25916400 | | Email/Text: bankruptcy@springoakscapital.com | Jun 23 2026 02:04:00 | Spring Oaks Capital Ll, PO Box 1216, Chesapeake, VA 23327-1216 |
| 25916401 | | Email/Text: heather.morgan@ssmhealth.com | Jun 23 2026 02:04:00 | SSM Health Medical Group, PO Box 955978, Saint Louis, MO 63195 |
| 25916402 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 02:10:07 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 25916404 | | Email/Text: Bankruptcy@TekCollect.com | Jun 23 2026 02:04:00 | Tek-Collect Inc, PO Box 1269, Columbus, OH 43216-1269 |
| 25916407 | | Email/Text: inchargehq@westcreekfin.com | Jun 23 2026 02:05:00 | Wc / Koalafi, 4951 Lake Brook Dr, Glen Allen, |

VA 23060-9279

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026 Signature: /s/Gustava Winters