**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| Demarko McCullough and Myeisha Young, | ) | Case No. 26-40830 |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |

**DEBTORS' RESPONSE TO UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE FOR ABUSE PURSUANT TO 11 U.S.C. 701(b)(1), (b)(2), AND/OR (b)(3)**

COME NOW Debtor Demarko McCullough and Myeisha Young, by and through Debtors' attorney, Michael Toscano, and for Debtor's Response to Trustee's Motion to Dismiss Case, state to the Court as follows:

1. Debtor Myeisha Young's last day of employment at her part-time position was April 1, 2026.
2. Debtor received a pay advice dated after April 1, 2026 even though she was no longer employed due to scheduling of her payroll.
3. Debtors' Counsel has provided the United State's Trustee's Office with a letter from her former employer stating her last date of employment was April 1, 2026.
4. Without her part-time employment, Debtor's have rebutted the presumption of abuse.

WHEREFORE, Debtors pray that the Trustee's Motion be denied and for such other and further relief as the Court may deem appropriate under the circumstances

Respectfully Submitted,

/s/ Michael Toscano

Michael Toscano #61483MO
Toscano & Wilson Law LLC
10880 Baur Blvd
St. Louis, MO 63132
314-384-8546 – PHONE
314-594-4562 – FAX
mt@stlbkcenter.com
ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on July 7, 2026, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/ Michael Toscano
Attorney for Debtor