SO ORDERED

Deadline extended to
October 9, 2026.

August 7, 2026

Brian C. Walsh
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 7 |
| DEMARKO ANTOINE MCCULLOUGH and | ) | Case No. 26-40830-357 |
| MYEISHIA DENICE YOUNG, | ) | |
| | ) | Hon. Brian C. Walsh |
| Debtors. | ) | U.S. Bankruptcy Judge |

**SECOND MOTION TO EXTEND TIME PURSUANT TO**
**<u>FED. R. BANKR. P. 4004(b)</u>**

COMES NOW Jerry L. Jensen, Acting United States Trustee for the Eastern District of Missouri (the "United States Trustee"), by and through the undersigned Trial Attorney, and hereby respectfully requests the Court to extend the deadline for the filing of a Complaint Objecting to Debtor's Discharge under § 727 of the Bankruptcy Code.

In support of this request, the United States Trustee states as follows:

1. Demarko Antoine McCullough and Myeishia Denice Young (the "Debtors") filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code (the "Code") on February 2, 2026 (the "Petition Date").

2. Tracy A. Brown (the "Trustee") was appointed as the trustee in this matter on that date.

3. Fed. R. Bankr. P. 4004(b) requires a § 727 Complaint Objecting to a debtor's discharge be filed no later than sixty (60) days after the first setting of the meeting of creditors unless the Court, for cause, extends the time for filing the motion before that time expires.

4. The last day to oppose discharge or dischargeability is August 10, 2026.

5. The U.S. Trustee is investigating pre-petition transactions and needs additional time to determine whether a complaint objecting to discharge under 11 U.S.C. § 727 is appropriate.

WHEREFORE, the United States Trustee respectfully requests that this Honorable Court extend the deadline for him and the Trustee to file a Complaint Objecting to the Debtors' Discharge under 11 U.S.C. § 727 to a date not later than an additional sixty (60) days, including October 9, 2026.

Dated: August 6, 2026.

Respectfully submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

PAUL A. RANDOLPH
ASSISTANT UNITED STATES TRUSTEE

BY: /s/ Joseph R. Schlotzhauer

Joseph R. Schlotzhauer, EDMO Bar #62138MO
Trial Attorney
Office of the United States Trustee
111 S. 10th Street, Suite 6.353
St. Louis, MO 63102
(314) 539-2982
joseph.schlotzhauer@usdoj.gov

United States Bankruptcy Court
Eastern District of Missouri

In re: Case No. 26-40830-bcw
Demarko Antoine McCullough, Sr. Chapter 7
Myeishia Denice Young
Debtors

# CERTIFICATE OF NOTICE

District/off: 0865-4 User: admin Page 1 of 2
Date Rcvd: Aug 07, 2026 Form ID: pdfo1 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Demarko Antoine McCullough, Sr., Myeishia Denice Young, 125 Quail Run Cr, Moscow Mills, MO 63362-2153 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph Richard Schlotzhauer | on behalf of U.S. Trustee Office of US Trustee joseph.schlotzhauer@usdoj.gov tavia.b.shreefer@usdoj.gov |
| Michael Dominic Toscano | on behalf of Debtor Myeishia Denice Young mt@stlbkcenter.com |
| Michael Dominic Toscano | on behalf of Debtor Demarko Antoine McCullough Sr. mt@stlbkcenter.com |
| Michael P Gaughan | on behalf of Creditor Consumer Portfolio Services C/O MICHAEL P GAUGHAN mgaughan@lewisricekc.com vlbates@lewisricekc.com;sharrison@lewisricekc.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |

Tracy A. Brown
tab7@bktab.com txmotb@sbcglobal.net;dgibson7@bktab.com;TABtrusteeatty@bktab.com;tbrown@ecf.axosfs.com

TOTAL: 6