**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 26-40830-357 |
| DEMARKO ANTOINE MCCULLOUGH | ) | Chapter 7 |
| and MYEISHIA DENICE YOUNG, | ) | |
| | ) | Hon. Brian C. Walsh |
| Debtors, | ) | U.S. Bankruptcy Judge |
| | ) | |
| UNITED STATES TRUSTEE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEMARKO ANTOINE MCCULLOUGH | ) | |
| and MYEISHIA DENICE YOUNG, | ) | |
| | ) | |
| Respondents. | ) | |

**CONSENT MOTION FOR AUTHORIZATION TO CONDUCT 2004 EXAMINATION OF THE DEBTORS**

COMES NOW, Jerry L. Jensen, United States Trustee for the Eastern District of Missouri (hereinafter referred to as the "U. S. Trustee" or "Plaintiff") by his attorney, Joseph Schlotzhauer, and Debtor, by and through the undersigned attorney, Michael Toscano, and hereby move this Court to enter an order which authorizes Plaintiff to conduct an examination of Debtors pursuant to Federal Rule of Bankruptcy Procedure 2004.

1. Demarko Antoine McCullough and Myeishia Denice Young (the "Debtors") filed a voluntary petition under Chapter 7 of Title 11, United States Code (the "Bankruptcy Code") on February 27, 2026.

2. This Court has jurisdiction to hear and determine this matter pursuant to 28 U.S.C. § 157(b)(1) and (2), 28 U.S.C. § 1334, and Federal Rule of Bankruptcy Procedure 2004 ("Rule 2004").

3. This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A) and (J).

4. Fed. R. Bankr. P. Rule 2004(b) authorizes the examination of any entity relating to "the debtor's acts, conduct, or property" "the debtor's liabilities and financial condition;" "any matter which may affect the administration of the debtor's estate;" or "the debtor's right to a discharge."

5. The United States Trustee desires to examine Debtors within the scope of Rule 2004(b).

WHEREFORE, the U.S. Trustee respectfully moves this court to enter an order pursuant to Rule 2004:

a. Requiring the Debtors to appear and be examined within the scope of Rule 2004(b);
b. ordering the examination of the Debtors to be held via video conference on September 15, 2026, at 9 a.m.; and
c. for such other and further relief as the Court deems just and equitable.

Dated: August 19, 2026.

Respectfully submitted,

JERRY L. JENSEN
Acting United States Trustee

PAUL A. RANDOLPH
Assistant United States Trustee

/s/ Joseph Schlotzhauer
Joseph Schlotzhauer, E.D. Mo #62138
Trial Attorney
Office of U. S. Trustee
111 South 10th Street, Suite 6.353
St. Louis, MO 63102
(202) 280-9375
joseph.schlotzhauer@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on August 19, 2026, with the United States Bankruptcy Court, and has been served on the parties in interest via email by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document that was filed electronically with the United States Bankruptcy Court, has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed on the attached Master Mailing List on August 19, 2026.

/s/ Tavia Shreefer
Tavia Shreefer, Paralegal Specialist