SO ORDERED

August 26, 2026

Brian C. Walsh
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | |
| DEMARKO ANTOINE MCCULLOUGH and MYEISHIA DENICE YOUNG, | Case No. 26-40830-357<br>Chapter 7 |
| Debtors, | Hon. Brian C. Walsh<br>U.S. Bankruptcy Judge |
| UNITED STATES TRUSTEE, | |
| Movant, | |
| v. | |
| DEMARKO ANTOINE MCCULLOUGH and MYEISHIA DENICE YOUNG, | |
| Respondents. | |

**CONSENT MOTION FOR AUTHORIZATION TO CONDUCT 2004 EXAMINATION OF THE DEBTORS**

COMES NOW, Jerry L. Jensen, United States Trustee for the Eastern District of Missouri (hereinafter referred to as the "U. S. Trustee" or "Plaintiff") by his attorney, Joseph Schlotzhauer, and Debtor, by and through the undersigned attorney, Michael Toscano, and hereby move this Court to enter an order which authorizes Plaintiff to conduct an examination of Debtors pursuant to Federal Rule of Bankruptcy Procedure 2004.

1. Demarko Antoine McCullough and Myeishia Denice Young (the "Debtors") filed a voluntary petition under Chapter 7 of Title 11, United States Code (the "Bankruptcy Code") on February 27, 2026.

2. This Court has jurisdiction to hear and determine this matter pursuant to 28 U.S.C. § 157(b)(1) and (2), 28 U.S.C. § 1334, and Federal Rule of Bankruptcy Procedure 2004 ("Rule 2004").

3. This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A) and (J).

4. Fed. R. Bankr. P. Rule 2004(b) authorizes the examination of any entity relating to "the debtor's acts, conduct, or property" "the debtor's liabilities and financial condition;" "any matter which may affect the administration of the debtor's estate;" or "the debtor's right to a discharge."

5. The United States Trustee desires to examine Debtors within the scope of Rule 2004(b).

WHEREFORE, the U.S. Trustee respectfully moves this court to enter an order pursuant to Rule 2004:

a. Requiring the Debtors to appear and be examined within the scope of Rule 2004(b);

b. ordering the examination of the Debtors to be held via video conference on September 15, 2026, at 9 a.m.; and

c. for such other and further relief as the Court deems just and equitable.

Dated: August 19, 2026.

Respectfully submitted,

JERRY L. JENSEN
Acting United States Trustee

PAUL A. RANDOLPH
Assistant United States Trustee

/s/ Joseph Schlotzhauer
Joseph Schlotzhauer, E.D. Mo #62138
Trial Attorney
Office of U. S. Trustee
111 South 10th Street, Suite 6.353
St. Louis, MO 63102
(202) 280-9375
joseph.schlotzhauer@usdoj.gov

United States Bankruptcy Court
Eastern District of Missouri

In re: Case No. 26-40830-bcw
Demarko Antoine McCullough, Sr. Chapter 7
Myeishia Denice Young
Debtors

# CERTIFICATE OF NOTICE

District/off: 0865-4 User: admin Page 1 of 2
Date Rcvd: Aug 26, 2026 Form ID: pdfo2 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Demarko Antoine McCullough, Sr., Myeishia Denice Young, 125 Quail Run Cr, Moscow Mills, MO 63362-2153 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph Richard Schlotzhauer | on behalf of U.S. Trustee Office of US Trustee joseph.schlotzhauer@usdoj.gov tavia.b.shreefer@usdoj.gov |
| Michael Dominic Toscano | on behalf of Debtor Myeishia Denice Young mt@stlbkcenter.com |
| Michael Dominic Toscano | on behalf of Debtor Demarko Antoine McCullough Sr. mt@stlbkcenter.com |
| Michael P Gaughan | on behalf of Creditor Consumer Portfolio Services C/O MICHAEL P GAUGHAN mgaughan@lewisricekc.com vlbates@lewisricekc.com;sharrison@lewisricekc.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |

Tracy A. Brown
tab7@bktab.com txmotb@sbcglobal.net;dgibson7@bktab.com;TABtrusteeatty@bktab.com;tbrown@ecf.axosfs.com

TOTAL: 6