**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 7 |
| DEMARKO ANTOINE MCCULLOUGH and | ) | Case No. 26-40830-357 |
| MYEISHIA DENICE YOUNG, | ) | |
| | ) | Hon. Brian C. Walsh |
| Debtors. | ) | U.S. Bankruptcy Judge |

# THIRD MOTION TO EXTEND TIME PURSUANT TO FED. R. BANKR. P. 4004(b)

COMES NOW Jerry L. Jensen, Acting United States Trustee for the Eastern District of Missouri (the "U.S. Trustee"), by and through the undersigned Trial Attorney, and hereby respectfully requests the Court to extend the deadline for the filing of a Complaint Objecting to Debtor's Discharge under § 727 of the Bankruptcy Code.

In support of this request, the U.S. Trustee states as follows:

1. Demarko Antoine McCullough and Myeishia Denice Young (the "Debtors") filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code (the "Code") on February 2, 2026 (the "Petition Date").

2. Tracy A. Brown (the "Trustee") was appointed as the trustee in this matter on that date.

3. Fed. R. Bankr. P. 4004(b) requires a § 727 Complaint Objecting to a debtor's discharge be filed no later than sixty (60) days after the first setting of the meeting of creditors unless the Court, for cause, extends the time for filing the motion before that time expires.

4. The last day to oppose discharge or dischargeability is October 9, 2026.

5. The U.S. Trustee is investigating pre-petition transactions and needs additional time to determine whether a complaint objecting to discharge under 11 U.S.C. § 727 is appropriate.

WHEREFORE, the U.S. Trustee respectfully requests that this Honorable Court extend the deadline for him and the Trustee to file a Complaint Objecting to the Debtors' Discharge under 11 U.S.C. § 727 to a date not later than an additional sixty (60) days, including December 8, 2026.

Dated: October 5, 2026.

Respectfully submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

PAUL A. RANDOLPH
ASSISTANT UNITED STATES TRUSTEE

BY: /s/ Joseph R. Schlotzhauer
Joseph R. Schlotzhauer, EDMO Bar #62138MO
Trial Attorney
Office of the United States Trustee
111 S. 10th Street, Suite 6.353
St. Louis, MO 63102
(314) 539-2982
joseph.schlotzhauer@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on the October 5, 2026, with the United States Bankruptcy Court, and has been served on the parties in interest via email by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List. and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties in interest not receiving electronic notice, including the following:

Demarko Antoine McCullough
Myeishia Denice Young
125 Quail Run Circle
St. Louis, MO 63362
DEBTORS

Michael Toscano
St. Louis Bankruptcy Center, LLC
10880 Baur Boulevard, Suite 134
St. Louis, MO 63132
DEBTORS' ATTORNEY

Tracy A. Brown
1034 S. Brentwood Boulevard, Suite 1850
St. Louis, MO 63117
CHAPTER 7 TRUSTEE

/s/ Tavia Shreefer
Tavia Shreefer, Paralegal Specialist