**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 26-40830-357 |
| DEMARKO ANTOINE MCCULLOUGH | ) | Chapter 7 |
| and MYEISHIA DENICE YOUNG, | ) | |
| | ) | Hon. Brian C. Walsh |
| Debtors. | ) | U.S. Bankruptcy Judge |

**MOTION FOR ORDER AUTHORIZING**
**RULE 2004 EXAMINATION OF EARNEST YOUNG**

Jerry L. Jensen, the Acting United States Trustee for Region 13 (the "U.S. Trustee"), by and through undersigned counsel, hereby moves, pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004, for the entry of an order authorizing the examination of Earnest Young ("Mr. Young"), recorded by stenographic means, at 111 South 10th Street, Suite 6.353, St. Louis, Missouri 63012 on November 10, 2026, at 10:00 a.m.

1. Demarko Antoine McCullough and Myeishia Denice Young (the "Debtors") filed a voluntary petition under Chapter 7 of Title 11, United States Code (the "Bankruptcy Code") on February 27, 2026.

2. This Court has jurisdiction to hear and determine this matter pursuant to 28 U.S.C. § 157(b)(1) and (2), 28 U.S.C. § 1334, and Federal Rule of Bankruptcy Procedure 2004 ("Rule 2004").

3. This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A) and (J).

4. Fed. R. Bankr. P. Rule 2004(b) authorizes the examination of any entity relating to "the debtor's acts, conduct, or property" "the debtor's liabilities and financial condition;" "any matter which may affect the administration of the debtor's estate;" or "the debtor's right to a discharge."

5. The U.S. Trustee desires to examine Mr. Young, the father of Debtor, Myeishia Young, within the scope of Rule 2004(b).

6. The Debtors identified Mr. Young as the person most knowledgeable about the Debtors' deposit of $100,000 into their bank account on or about September 11, 2025; the Debtors' subsequent use of the same funds; and documents supporting such use.

7. The U.S. Trustee met and conferred with Mr. Young and reached agreement on the date, time, and place of the examination and an address for service of this motion and subpoena.

WHEREFORE, the U.S. Trustee respectfully moves this court to enter an order pursuant to Rule 2004:

a. requiring Earnest Young to appear and be examined within the scope of Rule 2004(b);
b. requiring Earnest Young to produce documents pursuant to subpoena and exhibit to the subpoena;
c. ordering the examination of Earnest Young to be held via video conference on November 10, 2026, at 10:00 a.m; and,
d. for such other and further relief as the Court deems just and equitable.

Dated: October 21, 2026

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

PAUL A. RANDOLPH
ASSISTANT UNITED STATES TRUSTEE

BY: /s/ Joseph R. Schlotzhauer
Joseph R. Schlotzhauer, EDMO Bar #62138MO
Trial Attorney
Office of the United States Trustee
111 S. 10th Street, Suite 6.353
St. Louis, MO 63102
(314) 539-2980
joseph.schlotzhauer@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on October 21, 2026, with the United States Bankruptcy Court, and has been served on the parties in interest via email by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List, and has been served on the following parties:

Earnest Young
6139 Gambleton Place
St. Louis, MO 63130

Demarko Antoine McCullough
Myeishia Denice Young
125 Quail Run Circle
Moscow Mills, MO 63362
DEBTORS

Michael Toscano
St. Louis Bankruptcy Center
10880 Baur Boulevard, Suite 134
St. Louis, MO 63132
DEBTORS' COUNSEL

/s/ Tavia Shreefer
Tavia Shreefer, Paralegal Specialist