**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-40830-357 |
| | ) | Chapter 7 |
| **DEMARKO ANTOINE MCCULLOUGH, SR.** and | ) | |
| **MYEISHIA DENICE YOUNG,** | ) | |
| | ) | Related to Doc. 39 |
| Debtors. | ) | |

**ORDER AUTHORIZING RULE 2004 EXAMINATION OF EARNEST YOUNG**

The matter before the Court is the U.S Trustee's Motion for Order Authorizing Rule 2004 Examination of Earnest Young (the "Motion"). No responses having been filed, and upon careful review of the record in this case, IT IS HEREBY ORDERED THAT:

1. The Motion (Doc. 39) is **GRANTED**.

2. Earnest Young is ordered to appear by video conference for examination on **November 10, 2026**, at **10:00 a.m.** and to produce documents to the U.S. Trustee described in the attachment to the subpoena (Doc. 40).

Dated: October 29, 2026
St. Louis, Missouri
cjs

Brian C. Walsh
United States Bankruptcy Judge

Order Prepared by:

**Joe Schlotzhauer**
Office of the United States Trustee
111 S. 10th Street, Suite 6.353
St. Louis, MO 63102

Copies to:

**Joseph R. Schlotzhauer**
U.S. Trustee Trial Attorney
Office of U. S. Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

**Earnest Young**
6139 Gambleton Place
St. Louis, MO 63130

**Demarko Antoine McCullough, Sr.**
125 Quail Run Cr
Moscow Mills, MO 63362
Debtor

**Myeishia Denice Young**
125 Quail Run Cr
Moscow Mills, MO 63362
Debtor

**Michael Dominic Toscano**
Toscano & Wilson Law LLC
10880 Baur Boulevard
St. Louis, MO 63132
Counsel for Debtors

**Tracy A. Brown**
1034 South Brentwood Blvd, Suite 1850
St Louis, MO 63117
Chapter 7 Trustee