**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-40830-357 |
| | ) | Chapter 7 |
| **DEMARKO ANTOINE MCCULLOUGH, SR.** and | ) | |
| **MYEISHIA DENICE YOUNG,** | ) | |
| | ) | Related to Doc. 39 |
| Debtors. | ) | |

**ORDER AUTHORIZING RULE 2004 EXAMINATION OF EARNEST YOUNG**

The matter before the Court is the U.S Trustee's Motion for Order Authorizing Rule 2004 Examination of Earnest Young (the "Motion"). No responses having been filed, and upon careful review of the record in this case, IT IS HEREBY ORDERED THAT:

1. The Motion (Doc. 39) is **GRANTED**.

2. Earnest Young is ordered to appear by video conference for examination on **November 10, 2026**, at **10:00 a.m.** and to produce documents to the U.S. Trustee described in the attachment to the subpoena (Doc. 40).

Dated: October 29, 2026
St. Louis, Missouri
cjs

Brian C. Walsh
United States Bankruptcy Judge

Order Prepared by:

**Joe Schlotzhauer**
Office of the United States Trustee
111 S. 10th Street, Suite 6.353
St. Louis, MO 63102

Copies to:

**Joseph R. Schlotzhauer**
U.S. Trustee Trial Attorney
Office of U. S. Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

**Earnest Young**
6139 Gambleton Place
St. Louis, MO 63130

**Demarko Antoine McCullough, Sr.**
125 Quail Run Cr
Moscow Mills, MO 63362
Debtor

**Myeishia Denice Young**
125 Quail Run Cr
Moscow Mills, MO 63362
Debtor

**Michael Dominic Toscano**
Toscano & Wilson Law LLC
10880 Baur Boulevard
St. Louis, MO 63132
Counsel for Debtors

**Tracy A. Brown**
1034 South Brentwood Blvd, Suite 1850
St Louis, MO 63117
Chapter 7 Trustee

United States Bankruptcy Court
Eastern District of Missouri

In re:
Demarko Antoine McCullough, Sr.
Myeishia Denice Young
Debtors

Case No. 26-40830-bcw
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0865-4 User: admin Page 1 of 2
Date Rcvd: Oct 29, 2026 Form ID: pdfo1 Total Noticed: 2

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db/db | + | Demarko Antoine McCullough, Sr., Myeishia Denice Young, 125 Quail Run Cr, Moscow Mills, MO 63362-2153 |
| | + | Earnest Young, 6139 Gambleton Place, St. Louis, MO 63133-2009 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Joseph Richard Schlotzhauer | on behalf of U.S. Trustee Office of US Trustee joseph.schlotzhauer@usdoj.gov tavia.b.shreefer@usdoj.gov |
| Michael Dominic Toscano | on behalf of Debtor Demarko Antoine McCullough Sr. mt@stlbkcenter.com |
| Michael Dominic Toscano | on behalf of Debtor Myeishia Denice Young mt@stlbkcenter.com |
| Michael P Gaughan | on behalf of Creditor Consumer Portfolio Services C/O MICHAEL P GAUGHAN mgaughan@lewisricekc.com vlbates@lewisricekc.com;sharrison@lewisricekc.com |
| Office of US Trustee | |

| | |
|---|---|
| | USTPRegion13.SL.ECF@USDOJ.gov |
| Tracy A. Brown | tab7@bktab.com txmotb@sbcglobal.net;dgibson7@bktab.com;TABtrusteeatty@bktab.com;tbrown@ecf.axosfs.com |

TOTAL: 6